FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIKE SOLORZANO,<br><br>   Petitioner,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. EDCV 11-1368-ODW (MLG)<br><br>MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND |

  Petitioner filed this petition for writ of habeas corpus on August 29, 2011. The petition suffers from the following deficiencies:

- The petition form does not clearly set forth the facts or legal theories supporting petitioner's claim(s); it merely provides run-on sentence fragments containing legal conclusions,
- The petition fails to provide the Court with the date of filing of each of his state appeals and petitions for writ of habeas corpus and which claims for relief were presented in each petition.

//

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 21 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. Petitioner is advised that any memorandum in support of the petition is limited to 25 pages. **Petitioner is further advised that if he fails to file a First Amended Petition in accordance with the requirements of this order, the action will be subject to dismissal without further notice. Petitioner must articulate the legal and factual bases for his claims and present them in a legible fashion so that they can be understood.**

Dated: August 31, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Marc L. Goldman
　　　　　　　　　　　　　　　　　United States Magistrate Judge