I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-28-11

DEPUTY CLERK

JS-6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MIKE SOLORZANO,

    Petitioner,

vs.

BOBBY PHILLIPS, Warden,

    Respondent.

Case No. EDCV 11-1368-ODW (JPR)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 11-23-11

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1