I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-28-11

DEPUTY CLERK

JS - 6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SOLORZANO, | Case No. EDCV 11-1368-ODW (JPR) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| BOBBY PHILLIPS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 11-23-11

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE